JS - 6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTTNEY ELLIOT, | Case No. 5:23-cv-01448-SSS-RAOx |
| Plaintiff, | # |
| v. | **JUDGMENT AGAINST DEFENDANT** |
| SAUL S. FLORES, et al. | |
| Defendant. | |

-1-

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff KORTTNEY ELLIOT shall have **JUDGMENT** in her favor in the amount of **$1,852.00** against Defendant SAUL S. FLORES.

Additionally, Defendant SAUL S. FLORES is **ORDERED** to bring the parking lot of their business located at 1017 E. 4th St. in Ontario, California into compliance with the Americans with Disabilities Act.

**IT IS SO ORDERED.**

DATED: March 15, 2024

SUNSHINE S. SYKES
United States District Judge